**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00048-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAMIR SABBAGH,
   a/k/a Antoine Yousif Sabbagh,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISCLOSE
MATTERS OCCURRING BEFORE GRAND JURY TO DEFENDANT**

---

This matter is before the Court on Plaintiff's Motion to Disclose Matters Occurring Before Grand Jury to Defendant (Doc. # 7), pursuant to Fed.R.Crim.P. 6(e)(3)(E)(I). Having reviewed the petition and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that Plaintiff's motion is granted. Testimony of witnesses before the Grand Jury and exhibits presented to the Grand Jury shall be disclosed to Defendant and his counsel in the course of discovery in this case. It is further

ORDERED that such materials shall be used only in defending this case; that such materials shall be disclosed only to the Defendant and his attorney; that if copies

are made, the Defendant's attorney shall maintain custody of such copies, and shall not reproduce or disseminate them; and that any material provided pursuant to this Order shall be returned to the Plaintiff at the completion of the case.

DATED: February __6__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge