IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 09-cr-00048-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  NAMIR SABBAGH,

      Defendant.

_____

## ORDER REGARDING CUSTODY OF EXHIBITS
_____

      IT IS ORDERED that, at the conclusion of the hearing on August 5, 2009, counsel

for the parties shall retain custody of their respective exhibits until such time as all need for

the exhibits has terminated and the time to appeal has expired or all appellate proceedings

have been terminated plus sixty days.

      DATED August 5, 2009.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge