**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00048-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAMIR SABBAGH,
   a/k/a Antoine Yousif Sabbagh,

    Defendant.

---

**ORDER COUNSEL TO CALL TO SET TRIAL DATES**

---

Upon review of the case file, the Court hereby ORDERS that counsel for both parties are DIRECTED to call Chambers (303-335-2174) *via* conference call no later than August 17, 2009 with their calendars available in order to reset the trial date in this matter.

DATED: August __12__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge