**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00048-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAMIR SABBAGH,
   a/k/a Antoine Yousif Sabbagh,

    Defendant.

---

**ORDER GRANTING PLAINTIFF'S PETITION TO DISCLOSE
MATTERS OCCURRING BEFORE GRAND JURY TO PROBATION**

---

    This matter is before the Court on Plaintiff's Petition to Disclose Matters Occurring Before Grand Jury to Probation (Doc. # 61), pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i).  Having reviewed the petition and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is, therefore,

    ORDERED that Plaintiff's petition is GRANTED.  Testimony of witnesses before the grand jury and exhibits presented to the grand jury may be disclosed to the probation officer(s) assigned to this case and any others within the Probation Department assisting her in the performance of her duties relating to this case. It is further

ORDERED that such materials shall only be used in the preparation of the Presentence Investigation Report in this case; that such materials may be disclosed only to the probation officer(s) assigned to this case and any others within the Probation Department assisting her in the performance of her duties relating to this case; that the materials not be copied or disseminated; and that any material provided pursuant to this order shall be returned to the plaintiff at the completion of the case.

DATED: September __16__, 2009

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge