**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Deborah Hansen  Date: November 6, 2009
Court Reporter: Darlene Martinez  Probation: Tom Meyer
 and Lisa Pence

_____

Criminal Action No.  09-cr-00048-CMA-1

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Linda Kaufman

 Plaintiff,

v.

NAMIR SABBAGH,  Joseph Sant-Veltri

 Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - Motion for Determination of Competency

10:05 a.m.    Court in Session

Appearances

Court's comments

Defendant is present and on bond.

Defendant is sworn.

Colloquy between the Court and defendant regarding defendant's change of plea hearing.

The Court takes up the Motion for Determination of Competency

Ms. Kaufman's comments

Ms. Kaufman and Agent Lishner leave the courtroom.

**ORDER:** **This part of the record is SEALED**.

Ms. Kaufman and Agent Lishner return to the courtroom.

Court's findings entered on the record

**ORDER:** **The Defendant's Motion for Determination of Competency (Doc No. 63) and the Supplement to Motion to Determine Competency (Doc No. 65) are DENIED.**

**ORDER:** **The defense shall submit objections to the Presentence Report and file any motions for a variant sentence or downward departure by Monday, November 9, 2009. The Government's responses shall be filed by November 13, 2009.**

**ORDER:** **The November 13, 2009 sentencing is VACATED AND RESET to 9:00 a.m. on Friday, November 20, 2009.**

Probation Officer Meyer requests clarification that it is the Court's intention that the defendant's bond conditions are modified so that they can proceed with having a mental health evaluation done for the sentencing date.

**ORDER:** **Defendant's conditions of bond are modified. The Probation Office can proceed with having a mental health evaluation done for sentencing.**

**ORDER:** **Defendant's bond is continued.**

10:55 a.m.   Court in Recess
             Hearing concluded
             Time: /50