**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00048-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NAMIR SABBAGH,

    Defendant.

---

**ORDER EXTENDING VOLUNTARY SURRENDER**

---

    This matter is before the Court on the report of the probation officer, and the Court having been advised that on the 20th day of November, 2009, Defendant was sentenced to ten (10) months custody of the Bureau of Prisons and was scheduled to voluntarily surrender within 15 days of December 10, 2009, at 12:00 noon.

    Recent information from the Bureau of Prisons reflect that Defendant cannot be designated to an institution on December 25, 2009.  It is therefore,

    ORDERED that Defendant's voluntary surrender date be extended until **January 4, 2010, at 12:00 noon**.

    DATED at Denver, Colorado, this __17th__ day of December, 2009.

                                              BY THE COURT:

                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge